**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Susan M. Pearson,                              Case No. 24-cv-1495 (JWB/DTS)

     Plaintiff,

                                   **ORDER**

v.

MidWestOne Bank,

     Defendant.

---

     The Parties stipulated that Plaintiff may file an amended complaint. Dkt. No. 16.

**IT IS HEREBY ORDERED**: Plaintiff may file her proposed Amended and Supplemental

Complaint attached as Exhibit A to the Parties' stipulation.


Dated: November 12, 2024                     s/David T. Schultz
                                                          DAVID T. SCHULTZ
                                                          U.S. Magistrate Judge