**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Susan M. Pearson, | Case No. 0:24-cv-01495 (JWB/DTS) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION** |
| MidWestOne Bank, | |
| Defendant. | |

---

PLEASE TAKE NOTICE that Defendant MidWestOne Bank will bring a motion regarding terms of a protective order before U.S. Magistrate Judge David T. Schultz at a telephonic hearing on December 10, 2024, at 11:30am. This motion is brought pursuant to the informal process set forth in the Court's Pretrial Scheduling Order, (Doc. 14), and no motion papers will be filed under that procedure.

Dated: December 6, 2024                    Respectfully submitted,

**BALLARD SPAHR LLP**

/s/ *Conor H.M. Smith*
Kristen E. Larson (MN #0321436)
nelsonc@ballardspahr.com
Conor H.M. Smith (MN #0401445)
smithchm@ballardspahr.com
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (fax)
*Attorneys for Defendant MidWestOne Bank*

DMFIRM #414646792 v1